UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JEFFREY A. RADER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) NO. 2:14-cv-0110 |
| v. | ) |
| | ) Judge Sharp |
| UPPER CUMBERLAND HUMAN | ) |
| RESOURCE AGENCY, | ) |
| | ) |
| Defendant. | ) |

**O R D E R**

This case is set to begin trial on August 16, 2016, at 9:00 a.m., with a final pretrial conference to be held on June 6, 2016, at 1:30 p.m. before Judge Sharp. It appears that all deadlines have now passed in this matter. Therefore, the Clerk is **directed** to forward the file to the District Judge. Unless otherwise directed by the District Judge, there appear to be no further proceedings to be conducted before the Magistrate Judge.

It is so **ORDERED**.

_____
JOHN S. BRYANT
United States Magistrate Judge